IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00397-LTB

KARL HEINZ SINGLETON,

    Plaintiff,

v.

PAM PLOUGH, Warden, Four Mile Corr. Cen.
CPT. MAESTES, Four Mile Center Supervisor,
LT. RICHARDS, Hearing Officer, and
LT. RIVERA, 2nd Shift Commander,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of March, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ M.J. Garcia
                          Deputy Clerk